SMITH SCOW CORPORATION, as owner of the Scow THE ARTHUR McCABE, Libellant-Appellee, v. B. TURECAMO CONTRACTING COMPANY, Inc., Respondent-Appellee, and B. Turecamo Towing Corporation, Respondent-Appellant.

No. 165.

Circuit Court of Appeals, Second Circuit.

Jan. 2, 1940.

Burlingham, Veeder, Clark & Hupper, of New York City (Roscoe H. Hupper and Adrian J. O'Kane, both of New York City, of counsel), for respondent-appellant.

Bigham, Englar, Jones & Houston, of New York City (Andrew J. McElhinney, of New York City, of counsel), for respondent-appellee.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for libellant-appellee.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree affirmed.

SOUTHWESTERN DISTILLED PRODUCTS, Inc., Petitioner, v. W. S. ALEXANDER, Administrator, Federal Alcohol Administration.

No. 454.

Circuit Court of Appeals, Eighth Circuit.

Dec. 19, 1939.

Briggs G. Simpich and Fred A. Caskey, both of Washington, D. C., for petitioner.

Thurman Arnold, Asst. Atty. Gen., Herbert Borkland, Sp. Asst. to Atty. Gen., and

Phillip E. Buck, Gen. Counsel, Federal Alcohol Administration, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review Order of Administrator, Federal Alcohol Administration, dismissed without costs, pursuant to stipulation.

James I. D. STRAUS, as Trustee, Appellant, v. CINDERELLA THEATRE COMPANY, Inc., Appellee.

No. 8145.

Circuit Court of Appeals, Sixth Circuit.

Jan. 17, 1940.

George E. Brand, of Detroit, Mich., for appellant.

Ralph E. Routier, of Detroit, Mich., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed without costs, pursuant to stipulation of counsel.

UNITED STATES of America v. BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, State of Oklahoma.

No. 2049.

Circuit Court of Appeals, Tenth Circuit.

Jan. 6, 1940.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

No appearance for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.